IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DOUGLAS BRIGHAM<br>3234 Ewing Street<br>Houston, TX 77004<br><br>    Plaintiff,<br><br> v.<br><br>OFFICE OF WORKER<br>COMPENSATION PROGRAMS<br>U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, N.W.<br>Washington, D.C. 20210<br><br>and<br><br>SHELBY HALLMARK, in his official<br>capacity as Director of the OWCP,<br>U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, N.W.<br>Washington, D.C. 20210<br><br>and<br><br>PETER M. TURCIC, in his official capacity<br>as Director of the Energy Employees<br>Occupational Illness Compensation<br>Program<br>U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, N.W.<br>Washington, D.C. 20210<br><br>    Defendants. | Civil Action No. 06-0958 (JR) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

                Respectfully submitted,

_____/s/_____
CLAIRE WHITAKER, Bar #354530
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C.  20530
(202)514-7137

2