IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DOUGLAS BRIGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV00958 |
| ) | |
| OFFICE OF WORKERS' ) | |
| COMPENSATION PROGRAMS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendants move to dismiss plaintiff's complaint with prejudice. The basis for this motion is set forth in the attached Memorandum of Points and Authorities, and the two exhibits thereto.

DATED: July 21, 2006                               Respectfully submitted,

                                                   PETER D. KEISLER
                                                   Assistant Attorney General
                                                   KENNETH L. WAINSTEIN
                                                   United States Attorney


OF COUNSEL:                                        /s/ Daniel Bensing

                                                   RICHARD G. LEPLEY
STEPHEN SILBIGER                                   DANIEL E. BENSING (D.C. Bar No. 334268)
Office of the Solicitor                            Attorneys, U.S. Department of Justice
Department of Labor                                Civil Division, Federal Programs Branch

20 Massachusetts Ave., N.W., Room 6114
Washington, D.C. 20001
Telephone: (202) 305-0693
Facsimile: (202) 616-8460