IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DOUGLAS BRIGHAM, § § Plaintiff, § § v. § § OFFICE OF WORKERS § COMPENSATION PROGRAMS, et al. § § Defendants. § § _____ § | Civil Action No. 1:06-cv00958-JR |

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiff hereby requests an extension of time to file his opposition to defendants' motion to dismiss filed on July 21, 2006. Without an extension, plaintiff's opposition would be due on August 1, 2006. Plaintiff requests an additional 36 days, until September 6, 2006, in which to file his opposition. Undersigned counsel has been informed by counsel for defendants, Daniel Bensing, that defendants consent to this requested extension. Mr. Bensing has requested that defendants be granted 21 days from September 6, 2006, or until September 27, 2006, in which to reply to plaintiff's opposition. Both extensions of time are reflected on the proposed order that accompanies this motion.

The motion should be granted for the following reasons:

1. Over the next three weeks, counsel for the plaintiff have other pressing business that will make it difficult for them to complete the opposition. Thereafter, undersigned counsel will be out of the country, on a long-scheduled vacation, and will be unable to work with co-counsel, Steve Jensen, who is taking principal responsibility for drafting the opposition brief.

2. The proposed extension will allow undersigned counsel approximately one week,

including the Labor Day holiday, to work with co-counsel on the brief after his return from vacation.

For these reasons, the requested extension is reasonable and should be granted.

> Respectfully submitted,
>
> s/BrianWolfman_____
> Brian Wolfman
> D.C. Bar No. 427491
> Public Citizen Litigation Group
> 1600 20th Street, N.W.
> Washington, D.C. 20009
> (202) 588-1000
>
> Attorney for Plaintiff

July 26, 2006