IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES DOUGLAS BRIGHAM, | § § | |
| Plaintiff, | § § | Civil Action No. 1:06-cv00958-JR |
| v. | § § | |
| OFFICE OF WORKERS COMPENSATION PROGRAMS, et al. | § § § | |
| Defendants. | § § | |
| _____ | § | |

**ORDER**

Plaintiff's motion for an extension of time is hereby GRANTED. Plaintiff's opposition to defendants' motion to dismiss is due on or before September 6, 2006. Defendants' reply thereto is due on or before September 27, 2006.

IT IS SO ORDERED.

_____
United States District Judge

_____
Date