IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES DOUGLAS BRIGHAM, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:06CV00958 |
| | § | |
| v. | § | |
| | § | |
| OFFICE OF WORKERS | § | |
| COMPENSATION PROGRAMS, ET AL. | § | |
| | § | |
| Defendants. | § | |
| | § | |

## APPLICATION TO APPEAR PRO HAC VICE

I, Steve Baughman Jensen, file this application to appear pro hac vice before the Court.

### A.  Application

1.      My full name is Steven Robert Baughman Jensen.

2.      I am an attorney and a member of the law firm of Baron & Budd, P.C.

3.      My business address, telephone number, and fax number are as follows:

> Baron & Budd, P.C.
> 3102 Oak Lawn Avenue, Suite 1100
> Dallas, Texas 75219
> Phone: (214) 521-3605
> Fax:    (214) 520-1181

4.      I have been retained by Plaintiff, James Douglas Brigham, to provide legal representation in connection with this case.

5.      I have been since 1992, and I presently am, a member in good standing of the bar of the highest court of the State of Texas.

6.      I have been admitted to practice in the following courts:

Supreme Court of the United States
U.S. Supreme Court Building
1 First Street, N.E.
Washington, D.C.  20543
Admitted to practice on January 6, 1997

United States Court of Appeals
Second Circuit
1802 U.S. Courthouse
40 Foley Square
New York, New York 10007-1502
Admitted to practice on December 13, 1999

United States Court of Appeals
Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Admitted to practice on May 28, 1999

United States Court of Appeals
Fourth Circuit
501 U. S. Courthouse Annex
1100 East Main Street
Richmond, Virginia 23219-3538
Admitted to practice on September 26, 1997

United States Court of Appeals
Fifth Circuit
John Minor Wisdom U.S. Courthouse
600 Camp Street, Room 102
New Orleans, Louisiana 70130
Admitted to practice on April 19, 1994

United States District Court for the Northern District of Texas
Federal Building
Room 14A20
1100 Commerce Street
Dallas, Texas 75242-1003
Admitted to practice on February 29, 2000

United States District Court of Colorado
U.S. Courthouse, Room C-145
1929 Stout Street
Denver, CO 80294
Admitted to Practice on September 7, 2001

United States District Court
Southern District of Mississippi
James O. Eastland U.S. Courthouse
245 East Capitol Street
Suite 316
Jackson, Mississippi 39201
Admitted: April 1, 1992

7.    I am presently a member in good standing of the bars listed in paragraphs 5 and 6.

8.    I have not been the subject of any grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court.

9.    I have not been charged, arrested, or convicted of a criminal offense or offenses.

10.    In the past two years, I have applied to appear pro hac vice before this Court in Civil Action No. 1:05CV00325; *James Douglas Brigham v. Office of Workers' Compensation Programs, et al.*

11.    I do not engage in the practice of law from any office located in the District of Columbia.  I am not a member of the District of Columbia Bar nor do I have an application for membership pending.

12.    I designate Brian Wolfman as local counsel of record to assist me in this case.  Brian Wolfman's office address, telephone number, and fax number are as follows:

Public Citizen Litigation Group
1600 20th Street
Washington, D.C. 20009
Phone: (202) 588-1000
Fax:    (202) 588-7795

13.     I certify that I have read and am familiar with the local civil rules of this Court and that I will abide by and comply with these rules.

### B.  Conclusion

14.     For these reasons, I, Steve Baughman Jensen, ask the Court to grant this application and allow me to appear pro hac vice before this Court until the conclusion of this case.  A sponsor's declaration and a proposed order accompanies this application.

Respectfully submitted,

By:     /s/
        Steve Baughman Jensen
        TX Bar No. 00783615
        BARON & BUDD, P.C.
        3102 Oak Lawn Avenue, Suite 1100
        Dallas, TX 75219
        Phone: (214) 521-3605
        Fax: (214) 520-1181

July 31, 2006