IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES DOUGLAS BRIGHAM, | § § | |
| Plaintiff, | § § | Civil Action No. 1:06CV00958 |
| v. | § § § | |
| OFFICE OF WORKERS COMPENSATION PROGRAMS, ET AL. | § § § § | |
| Defendants. | § § | |

**SPONSOR'S DECLARATION AND MOTION
IN SUPPORT OF APPLICATION TO APPEAR PRO HAC VICE
OF STEVE BAUGHMAN JENSEN**

I, Brian Wolfman, was admitted to practice before the Bar of the United States District Court for the District of Columbia on June 3, 1991. My bar number is 427491, and I am currently an active member in good standing of the Bar of the United States District Court for the District of Columbia. I have known Steve Baughman Jensen for more than 10 years, both as a friend and co-counsel, and I have found him to be honest and trustworthy in all his dealings.

My knowledge of Mr. Jensens' experience is as follows:

I have co-counseled with Mr. Jensen in trial, appellate, and Supreme Court proceedings for over 10 years. He is a very capable lawyer.

I am satisfied that Mr. Jensen has the necessary qualifications to be admitted pro hac vice to the bar of this Court, and, therefore, I move for his admission.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   July 31, 2006

                                           /s/
                                 Brian Wolfman
DC Bar No. 427491
Public Citizen Litigation Group
1600 20th Street
Washington, D.C. 20009
Phone: (202) 588-1000
Fax:    (202) 588-7795