IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DOUGLAS BRIGHAM, § § Plaintiff, § § v. § § OFFICE OF WORKERS § COMPENSATION PROGRAMS, ET AL. § § Defendants. § § | Civil Action No. 1:06CV00958 |

**<u>ORDER ON APPLICATION TO APPEAR PRO HAC VICE</u>**

After considering Steve Baughman Jensen's application to appear pro hac vice, the court GRANTS Steve B. Jensen's application and ORDERS that Steve Baughman Jensen be allowed to appear pro hac vice until the conclusion of this case.

SIGNED on _____, 2006.

_____
U.S. DISTRICT JUDGE