IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DOUGLAS BRIGHAM,     ) <br>     ) <br>   Plaintiff,     ) <br>     ) <br>   v.     ) <br>     ) <br> OFFICE OF WORKERS'     ) <br>   COMPENSATION PROGRAMS, et al.,     ) <br>     ) <br>   Defendants.     ) <br> _____) | Civil Action No. 1:06CV00958 (JR) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b)(1), Fed. R. Civil P., defendants, with the consent of the plaintiff, move of a one week extension of time, to an until April 20, 2007, within which the parties are to submit a joint proposed schedule in these proceedings, as required by the Court's Memorandum Order of March 14, 2007.

Since the Court's Order, the parties have discussed next steps in this case and have reached a tentative agreement on the course of further proceedings. Consequently, defendants, with the consent of plaintiffs, request this brief extension of time to permit the parties to finalize

and file a proposal for further proceedings.

DATED: April 13, 2007                    Respectfully submitted,

                                                     PETER D. KEISLER
Assistant Attorney General
KENNETH L. WAINSTEIN
United States Attorney


**/s/ Daniel Bensing**

RICHARD G. LEPLEY
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C.  20001
Telephone:  (202) 305-0693
Facsimile:  (202) 616-8460

<u>Certificate of Service</u>

      I hereby certify that on this 13th day of April, 2007, I caused to be served by mail a copy of Defendants' Unopposed Motion for Extension of Time, upon the following counsel for plaintiffs:

>Brian Wolfman
>Public Citizen Litigation Group
>1600 20th St., N.W.
>Washington, D.C. 20009

      /s/ _____
DANIEL BENSING

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DOUGLAS BRIGHAM,       ) | |
|                                     ) | |
|     Plaintiff,           ) | |
|                                     ) | |
|     v.                    ) | Civil Action No. 1:06CV00958 (JR) |
|                                     ) | |
| OFFICE OF WORKERS'       ) | |
|   COMPENSATION PROGRAMS, et al.,       ) | |
|                                     ) | |
|     Defendants.         ) | |
| _____) | |

ORDER

UPON CONSIDERATION of defendants' Unopposed Motion for Extension of Time and after due deliberation, it is hereby

ORDERED that on or before April 20, 2007 the parties shall submit a joint proposed schedule for further proceedings in this case.


Date: _____        _____

                                                            UNITED STATES DISTRICT JUDGE