IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DOUGLAS BRIGHAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICE OF WORKERS' ) <br>  COMPENSATION PROGRAMS, et al., ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 1:06CV00958 |

**JOINT MOTION FOR REMAND ORDER**

Pursuant to the Court's Order of March 14, 2007, the parties have discussed the appropriate means for the resolution of the remaining issues in this action and have jointly agreed that plaintiff's claim under Part B of the Energy Employee Occupational Illness Compensation Program Act of 2000 should be remanded to the Office of Workers' Compensation Programs of the Department of Labor for further proceedings not inconsistent with the Court's Order.

The parties hereby request that the Court enter the proposed Remand Order, which sets forth the terms and conditions for such remand.

DATED: April 20, 2007                    Respectfully submitted,

                                         PETER D. KEISLER
                                         Assistant Attorney General
                                         KENNETH L. WAINSTEIN
                                         United States Attorney

/s/ Daniel Bensing

RICHARD G. LEPLEY
DANIEL E. BENSING (D.C. Bar No. 334268)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C. 20001
Telephone: (202) 305-0693
Facsimile: (202) 616-8460

Counsel for Defendants


/s/ Brian Wolfman

BRIAN WOLFMAN
Public Citizen Litigation Group
1600 20th St., N.W.
Washington, D.C. 20009
Telephone: (202) 588-7730

Counsel for Plaintiffs

Certificate of Service

      I hereby certify that on this 20th day of April, 2007, I caused to be served by mail a copy of the parties Joint Motion for Remand Order, upon the following counsel for plaintiffs:

      Brian Wolfman
      Public Citizen Litigation Group
      1600 20th St., N.W.
      Washington, D.C. 20009

      /s/
      DANIEL BENSING