IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DOUGLAS BRIGHAM,       )<br>                              )<br>    Plaintiff,                )<br>                              )<br>    v.                        )<br>                              )<br> OFFICE OF WORKERS'           )<br>   COMPENSATION PROGRAMS, et al., )<br>                              )<br>    Defendants.               )<br>_____) | Civil Action No. 1:06CV00958 |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

After the remand of this matter to the Department of Labor, Office of Workers Compensation Programs ("OWCP") pursuant to the Court's Order of April 26, 2007, the OWCP has approved plaintiff's claim for compensation under the Energy Employees Occupational Illness Compensation Program Act of 2000 ("EEOICPA" or "Act"), 42 U.S.C. § 7384 et seq. OWCP recently paid plaintiff a lump sum of $ 150,000. The defendants have agreed to pay the plaintiff the sum of $ 11,009.83 in full and complete settlement of plaintiff's claim for attorney fees, costs and expenses under the Equal Access to Justice Act.

Wherefore, as there is no further need for the Court to retain jurisdiction over this matter, as was provided for in paragraph 7 of the Court's Order of April 26, 2007, the parties move the Court to dismiss this action with prejudice, which will conclude this litigation. A proposed Order is attached.

DATED: October 25, 2007				Respectfully submitted,


						PETER D. KEISLER
						Assistant Attorney General
						KENNETH L. WAINSTEIN
						United States Attorney



						/s/ Daniel Bensing

						RICHARD G. LEPLEY
						DANIEL E. BENSING (D.C. Bar No. 334268)
						Attorneys, U.S. Department of Justice
						Civil Division, Federal Programs Branch
						20 Massachusetts Ave., N.W., Room 6114
						Washington, D.C.  20001
						Telephone:  (202) 305-0693
						Facsimile:  (202) 616-8460

						Counsel for Defendants



						/s/ Brian Wolfman

						BRIAN WOLFMAN
						Public Citizen Litigation Group
						1600 20th St., N.W.
						Washington, D.C. 20009
						Telephone: (202) 588-7730

						Counsel for Plaintiff

Certificate of Service

I hereby certify that on this 25th day of October, 2007, I caused to be served by mail a copy of the forgoing Joint Motion for Dismissal With Prejudice upon the following counsel for plaintiff:

> Brian Wolfman
> Public Citizen Litigation Group
> 1600 20th St., N.W.
> Washington, D.C. 20009

/s/
DANIEL BENSING

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DOUGLAS BRIGHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF WORKERS' )<br>  COMPENSATION PROGRAMS, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:06CV00958 |

ORDER FOR DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Joint Motion for Dismissal With Prejudice, and after due deliberation, it is hereby

ORDERED that this action is hereby dismissed with prejudice and this case shall be closed.


Date: _____      _____
                                                  UNITED STATES DISTRICT JUDGE