FILED
OCT 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DOUGLAS BRIGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV00958 (JR) |
| ) | |
| OFFICE OF WORKERS' ) | |
| COMPENSATION PROGRAMS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

ORDER FOR DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Joint Motion for Dismissal With Prejudice, and after due deliberation, it is hereby

ORDERED that this action is hereby dismissed with prejudice and this case shall be closed.

Date: 4/26/07

_____
James Robertson
UNITED STATES DISTRICT JUDGE